1  Denise Bourgeois Haley
   Attorney at Law:    143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 | JANICE M. GRANT,              ) Case No.: CV 08-1377 MAN
   |                               )
11 |         Plaintiff,            ) {PROPOSED} ORDER AWARDING
   |                               ) EQUAL ACCESS TO JUSTICE ACT
12 |    vs.                        ) ATTORNEY FEES PURSUANT TO
   |                               ) 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE, Commissioner)
   | of Social Security,           )
14 |                               )
   |         Defendant             )
15 |                               )
   |_____)
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

20 rights, the amount of $4,900.00, as authorized by 28 U.S.C. § 2412(d), subject to

21 the terms of the above-referenced Stipulation.

22 DATE: January 14, 2010

23                         _____*Margaret A. Nagle*_____
                           THE HONORABLE MARGARET A. NAGLE
24                         UNITED STATES MAGISTRATE JUDGE

25

26

                                -1-

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | /s/ Denise Bourgeois Haley |
| 4 | _____<br>Denise Bourgeois Haley<br>Attorney for plaintiff Janice M. Grant |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |